F. Christopher Austin, Esq.
Nevada Bar No. 6559
*caustin@weidemiller.com*
**WEIDE & MILLER, LTD.**
10655 Park Run Drive, Suite 100
Las Vegas, NV 89144
Tel: (702) 382-4804
Fax: (702) 382-4805
*Attorney for Defendant*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GARY M. OWENS,<br><br>     Plaintiff,<br><br>v.<br><br>PINNACLE RECOVERY, INC.,<br><br>     Defendant. | Case No.: 2:20-cv-00988-JAD-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>**(First Extension Request)** |

Pursuant to Federal Rule of Civil Procedure 6(b)(1) and Local Rule 1A 6-1, Plaintiff Gary M. Owens and Defendant Pinnacle Recovery, Inc., by and through their respective counsel of record, Kind Law and Freedom Law Firm, on behalf of Plaintiff, and Weide & Miller, Ltd., appearing on behalf of the Defendant, hereby agree and stipulate for an extension of time for Defendant to file and serve their answer or other responses to the Complaint from the current deadline of June 26, 2020, up to and including July 26, 2020. This is the first request by the parties for such an extension.

Good cause for this request exists to provide Defense counsel, who was retained well after the service of the Complaint to consult regarding the allegations and to respond to Plaintiff's good faith offer to engage in settlement discussions in this patent infringement litigation.

/ / /

/ / /

/ / /

/ / /

/ / /

WEIDE & MILLER, LTD.
10655 PARK RUN DR.,
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

fca-w-1147                                                                       1

1   For the foregoing reasons, the parties hereby stipulate to extend the deadline for the
2   Defendant to answer or otherwise respond to the Complaint from <u>June 26, 2020</u>, to <u>July 26, 2020</u>.

3   DATED: June 26, 2020

4   **IT IS SO AGREED AND STIPULATED:**

5   **KIND LAW**                                              **WEIDE & MILLER, LTD.**

6   By: */s/ Michael Kind*                                    By: */s/ F. Christopher Austin*
    Michael Kind                                              F. Christopher Austin, Esq.
7   Nevada Bar No. 13903                                      Nevada Bar No. 6559
    mk@kindlaw.com                                            caustin@weidemiller.com
8   8860 South Maryland Parkway, Suite 106                    10655 Park Run Drive, Suite 100
    Las Vegas, NV  89123                                      Las Vegas, NV  89144

    George Haines
10  Nevada Bar No. 9411                                       *Attorney for Defendant*
    georgehaines@hainesandkrieger.com
11  Freedom Law Firm
    8985 S. Easter Ave., Suite 350
12  Henderson, NV  89123

13  *Attorneys for Plaintiff*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE
DATED: June 29, 2020

fca-w-1147                                   2